[No. 2883. Decided May 21, 1898.]

Major Julius Von Schrader *et al.*, *Respondents*, v. Hannah M. Welcher *et al.*, *Appellants*.

APPEAL — BRIEFS.

A failure of appellant to conform with the supreme court rule as to dimensions of briefs is ground for striking his briefs, when his reply brief is as objectionable as his opening brief, though his attention was called to the matter by respondent, and no excuse is offered for the violation of the rule.

Appeal from Superior Court, Cowlitz County.—Hon. A. L. Miller, Judge. Appeal dismissed.

*M. E. Billings*, for appellants.

*W. F. Magill*, for respondents.

PER CURIAM.—A motion is make to strike the briefs of the appellants in this case and dismiss the appeal, for the reason that Rule 8 of this court, in relation to the size of briefs, has been violated. This rule was made for convenience in binding the briefs and ordinarily a motion to dismiss would not be granted. But the appellants' briefs in this instance showing such a flagrant violation of the rule, and it further appearing that, after having their attention called to this matter by the respondents' brief, a reply brief was filed which is as objectionable as their opening brief, and no excuse whatever being offered for the violation of the rule, the appellants' briefs will be stricken and the appeal dismissed.